NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK D. BODDEN,                          )
                                         )
              Appellant,                 )
                                         )
v.                                       )          Case No. 2D17-2857
                                         )
STATE OF FLORIDA,                        )
                                         )
              Appellee.                  )
_____     )

Opinion filed February 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Kim Campbell, Judge.

Mark D. Bodden, pro se.

PER CURIAM.

              Affirmed.

CRENSHAW, MORRIS, and BLACK, JJ., Concur.